

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| JUAN ANTONIO GONZALEZ, | | No. 08-14-00293-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 346th District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 20120D05048) |
| | § | |

## ORDER

Appellant is represented on appeal by the Honorable Ruben Morales who was elected to serve as the Judge of the County Court at Law No. 7 of El Paso County, Texas. Judge Morales' term began on January 1, 2019. Judge Morales can no longer serve as appointed appellate counsel for Appellant. While the Appellant's brief has been filed, the appeal has not been resolved and Appellant is entitled to be represented by counsel. Accordingly, the trial court is ordered to appoint counsel to represent Appellant through the conclusion of this appeal. The order of appointment shall be filed with the trial court clerk within fifteen days from the date of this order. Further, the trial court clerk is ordered to prepare and file a supplemental clerk's record containing the appointment order within ten days after the order is filed with the trial court clerk.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.